KROVATIN KLINGEMAN LLC
Henry E. Klingeman, Esq.
744 Broad Street, Suite 1903
Newark, New Jersey 07102
Tel 973-424-9777
Fax 973-424-9779
Email hklingeman@krovatin.com
Attorney for Gregory Swanson

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GREGORY SWANSON : <br> Defendant. : <br> : | Crim. No. 02-916 (KSH) <br><br> Hon. Katharine S. Hayden, U.S.D.J. <br><br><br> **ORDER MODIFYING** <br> **TRAVEL RESTRICTIONS** |

THIS MATTER having been opened to the Court by Defendant Gregory Swanson (Henry E. Klingeman, Esq., appearing) in the presence of United States of America (AUSA Bradley Harsch, appearing), for an Order modifying travel restrictions imposed by the United States Probation Office; the Court having considered the submissions of counsel, the record in the case, and the report and recommendation of the United States Probation Office (Probation Officer Erika Arnone, appearing); and upon good cause shown,

WHEREFORE, IT IS on this 12th day of May, 2009,

ORDERED that the Defendant Swanson may travel outside of the District of New Jersey for family and business reasons with advance notice to the United States Probation Office, consisting of his dates of travel, means of transit, itinerary, and purpose;

IT IS FURTHER ORDERED that Defendant shall provide to the United States Probation Office on July 15, 2009 a "Net Worth Financial Statement," as well as a written description of his financial circumstances since July 1, 2007 and a written description of his anticipated income for the period July 1, 2009 through December 31, 2009; and

IT IS FURTHER ORDERED that all terms and conditions of probation previously imposed remain in full force and effect.

HON. KATHARINE S. HAYDEN
United States District Judge

Consent as to form and substance:

AUSA BRADLEY HARSCH
United States Attorney's Office

4/30/09

HENRY E. KLINGEMAN, ESQ.
Defendant Gregory Swanson

2